

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00115-CV

| | | |
|---|---|---|
| GARRISON INVESTMENT GROUP LP, ANDY KWON, AND TYLER BROWN, Appellants | § | On Appeal from the 211th District Court |
| | § | of Denton County (18-7063-211) |
| V. | § | November 14, 2019 |
| LLOYD JONES CAPITAL, LLC, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's March 8, 2019 order. This court affirms the trial court's order.

It is ordered that appellants Garrison Investment Group LP, Andy Kwon, and Tyler Brown shall pay the incurred costs related to the appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel